IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIMINAL ACTION |
| | ) | NO. 1:20-CR-027-WMR-AJB |
| TIERNEY HUMPHREY | ) | |
| | ) | |

## MOTION TO SUPPLEMENT OBJECTIONS TO REPORT AND RECOMMENDATION

COMES NOW the Defendant, TIERNEY HUMPHREY, by and through his undersigned counsel, and files this motion to supplement her objections to the Report of Recommendation of the Magistrate, which recommends denials of her motions to suppress. (Doc. 69).   Due to the press of undersigned counsel's responsibilities on other matters, undersigned counsel requests one additional week to supplement Ms. Humphrey's objections to the the Report and Recommendation, which was filed on June 11, 2021.

WHEREFORE, Ms. Humphrey respectfully requests that this motion be granted.

1

Dated: This 25th day of June, 2021.

                                      Respectfully submitted,

                                      *s/ Kendal D. Silas*
                                      KENDAL D. SILAS
                                      State Bar of Georgia No. 645959
                                      Attorney for TIERNEY HUMPHREY

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA 30303; 404/688-7530

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Supplement Objections to Report and Recommendation was electronically filed this day with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following:

>Miguel Acosta, Esq.
>Assistant United States Attorney
>Northern District of Georgia
>Federal Courthouse, Ste. 600
>75 Ted Turner Drive, S.W.
>Atlanta, GA 30303

Dated: This 25th day of June, 2021.

>s/ *Kendal D. Silas*
>KENDAL D. SILAS, Esq.
>Attorney for MIGUEL ACOSTA